UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
_____ DIVISION

TERRY L. LANIER
2339 GRAND AVE
LOUISVILLE, KY 40210
name of plaintiff(s)

FILED
US DISTRICT COURT CLERK
WESTERN DISTRICT OF KY
13 MAY -1 AM 9:45

v.

Civil Case No. 3:13-cv-456-H

DEXTER PITTS
LOUISVILLE, METRO POLICE

name of defendant(s)

COMPLAINT

1. State the grounds for filing this case in Federal Court (include federal statutes and/or U.S. Constitutional provisions, if you know them):

   Civil Rights Voailations) Civil Right Actions

2. Plaintiff, TERRY L. LANIER resides at 2339 GRAND AVE, LOUISVILLE
   street address / city
   JEFFERSON, KY, 40210, 502 615-3652
   county / state / zip code / area code, phone number

   (if more than one plaintiff, provide the same information for each plaintiff below):

3. Defendant, DEXTER PITTS lives at, or its business is located at Louisville Metro Police,
   street address
   Louisville , Jefferson , Kentucky
   city        county       state
   40203 .  502 574-7111
   zip code

   (if more than one defendant, provide the same information for each defendant listed above):

4. Statement of claim (State as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Be as specific as possible. You may use additional paper if necessary):

   I was assaulted by Mr Pitts on 04-08-12 At West Broadway - Shawnee Park, I was arrested And got seven stitches in my head from being assaulted

5. Prayers for Relief (list what you want the Court to do):

   a. My Civil Rights WEAR VIOLATED

   b. 

   c. 

   d. 

6. Request for a Jury Trial   ✓ yes     ___ no

I (We) hereby certify under penalty that the above petition is true to the best of my (our) information, knowledge, and belief.

Signed this _Jelly Ranles_ day of _5-1-2013_, 19 _2013_

_Jelly Ranles_
(signature of plaintiff (s) )