UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

CIVIL ACTION NO. 3:13-CV-456-H

TERRY L. LANIER                   PLAINTIFF

V.

DEXTER PITTS, ET AL                DEFENDANTS

## MEMORANDUM OPINION AND ORDER

Plaintiff, Terry L. Lanier, has alleged false arrest and excessive force arising from his actual arrest on April 8, 2012. He filed his lawsuit in federal court on May 12, 2013. Defendants have moved to dismiss on the grounds that the applicable statute of limitations, KRS 413.140(1)(a) bars these claims. Of course, Defendants are quite correct here that the statute does bar the claims. Plaintiff has made no real argument to the contrary.

Being otherwise sufficiently advised,

IT IS HEREBY ORDERED that Defendants' motion is dismiss is SUSTAINED and Plaintiff's claims are DISMISSED WITH PREJUDICE.

This is a final and appealable order.

cc: Terry L. Lanier, *Pro Se*
   Counsel of Record